# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00242-CR

**William Perez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-23-0538-B, THE HONORABLE TRACIE WRIGHT-RENEAU, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant William Perez seeks to appeal a judgment of conviction for violating a protective order. *See* Tex. Penal Code § 25.072(e). The trial court has certified that (1) this is a plea-bargain case and (2) Perez has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed: April 26, 2024

Do Not Publish